**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Barry F. GREENBERG, Respondent.**

**No. 703 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Oct. 11, 2001.

*O R D E R*

PER CURIAM:

AND NOW, this 11th day of October, 2001, there having been filed with this Court by Barry F. Greenberg his verified Statement of Resignation dated September 7, 2001, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Barry F. Greenberg be and it is hereby accepted and he is DISBARRED ON CON-

SENT from the Bar of the Commonwealth of Pennsylvania; and it is further OR-DERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

**In the Matter of Warren D. UTERMAHLEN.**

**No. 465 Disciplinary Docket No. 2– Supreme Court (No. 32 RST 2001).**

Supreme Court of Pennsylvania.

Oct. 11, 2001.

PETITION FOR REINSTATEMENT

*O R D E R*

PER CURIAM.

AND NOW, this 11th day of October, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated September 4, 2001, the Petition for Reinstatement is granted.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.